UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
FIREMAN'S FUND INSURANCE CO.
                                                                 :
                    Plaintiff,
                                                                 :    08 Civ. 3770 (PKC)
        - against -                                                   **ECF CASE**
                                                                 :
ANTHONY AUGLIERA, INC.                                                **RULE 7.1**
                                                                 :    **<u>DISCLOSURE STATEMENT</u>**
                    Defendant.
                                                                 :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the

undersigned counsel of record for a private nongovernmental corporate party discloses

that the following are parent corporations of that party and the publicly held corporations

that own 10% or more of the party's stock:


                              Allianz SE


Date:  New York, New York
       April 21, 2008                        *s/David L. Mazaroli*

                                      _____
                                      David L. Mazaroli (DM 3929)
                                      Attorney for Plaintiff
                                      11 Park Place - Suite 1214
                                      New York, New York 10007
                                      Tel.: (212)267-8480
                                      Fax.: (212)732-7352
                                      E-mail: dlm@mazarolilaw.com
                                      File No.: 8XRK-1635