**MEMO ENDORSED**

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08

June 10, 2007

**TELEFAX: (212)805-7949**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**JOINT APPLICATION**

Re: Fireman's Fund Ins. Co.
v. Anthony Augliera, Inc.
08 Civ. 3770 (PKC)
Our File: 8XRK-1635

Dear Judge Castel:

I represent the plaintiff in this action which involves a claim for loss of theatrical effects and wardrobe items entrusted to defendant for interstate transport and storage. A waiver of service form was mailed to defendant on April 23, 2008. Defense counsel has informed me that defendant has agreed to waive service. To allow time for exchange of disclosure documents and an initial dialogue concerning scheduling matters, counsel join in respectfully requesting a thirty-day adjournment of the initial court conference, which is presently scheduled for June 13, 2008. The Court's attention is appreciated.

Respectfully,

David L. Mazaroli

cc: Donna Russo, Esq.
(E-mail: dmrussoesq@aol.com)

*Initial conference adjourned from June 13 at 2:00 p.m. to July 18, 2008 at [time]. SO ORDERED. P. Kevin Castel, USDJ 6-11-08*