# MEMO ENDORSED

**LAW OFFICES OF DONNA M. RUSSO**
*ATTORNEYS AT LAW*
**46 DUNBAR STREET**
*CHATHAM, NEW JERSEY 07928-2206*
Telephone (973) 701-0044
Facsimile (973) 701-7171
Cellular (201) 247-8808
EMAIL: DMRUSSOESQ @ aol.com

**NEW YORK OFFICES**
47 Hunt Lane
Staten, Island, New York 10304
Telephone (718) 667-7777
Facsimile (973) 701-7171

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

*Time to respond to the complaint extended to August 15, 2008.*
*SO ORDERED*
*[signature] USDJ 7-15-08*

July 15, 2008

<u>VIA FACSIMILE (212) 805-7949</u>
Drew T. D'Agostino
Courtroom Depute Clerk
The Chambers of the Honorable F. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     **FIREMAN'S FUND (Warner Brothers/STA Productions) v. A. AUGLIERA, INC.**
        **DOCKET NUMBER: 08CV-3770**
        **United States District Court**
        **Southern District of New York**

Dear Mr. D'Agostino:

This firm represents Defendant Anthony Augliera, Inc. in the above-referenced litigation. By way of brief background, this firm voluntarily accepted service of this matter on behalf of the client at the request of Plaintiff's counsel, David L. Mazaroli, Esq. My client's answer is due to be filed today.

We respectfully submit this letter to request a thirty (30) day extension of time to file the answer for good cause. Upon my visit to the courthouse yesterday, I learned for the first time that I was not previously admitted in the Southern District. In or about 1996 when I was admitted to the New York bar, I was affiliated with a litigation firm and recalled that the litigation group as a whole was sponsored for admission by members of the firm's

Drew T. D'Agostino
Courtroom Deputy Clerk
The Chambers of the Honorable F. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
July 15, 2008

Page 2

management as a matter of course. Unfortunately, my research with a member of the court staff at your courthouse yesterday confirmed that I was mistaken in my recollection.

    I am in the process of requesting a Certificate of Good Standing from the Third Judicial District. Once I have that document in hand, I will be personally filing for admission in White Plains to avoid my sponsor having to personally appear in New York for the swearing in and to expedite the admission process.

    I do not anticipate that this process will exceed thirty (30) days to conclude. I appreciate the court's courtesies in this regard. I was not able to contact my adversary, David L. Mazaroli, prior to my making this request.

    Should you require any further information and clarification, please contact me at (201) 247-8808.

Very truly yours,

DONNA M. RUSSO

DMR/gh
cc: David L. Mazaroli, Esq. (via facsimile)