**MEMO ENDORSED**

**LAW OFFICES OF DONNA M. RUSSO**
ATTORNEYS AT LAW
46 DUNBAR STREET
CHATHAM, NEW JERSEY 07928-2206
Telephone (973) 701-0044
Facsimile (973) 701-7171
Cellular (201) 247-8808
EMAIL: DMRUSSOESQ @ aol.com

NEW YORK OFFICES
47 Hunt Lane
Staten, Island, New York 10304
Telephone (718) 667-7777
Facsimile (973) 701-7171

*Handwritten endorsement:* The time for defendant to file an answer is extended to August 28, 2008. SO ORDERED. [signature] 8-25-08

August 15, 2008

VIA FACSIMILE (212) 805-7949
Drew T. D'Agostino
Courtroom Deputy Clerk
The Chambers of the Honorable F. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Stamp:* USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 8/25/08

RE: **FIREMAN'S FUND (Warner Brothers/STA Productions) v. A. AUGLIERA, INC.**
DOCKET NUMBER: 08CV-3770
United States District Court
Southern District of New York

Dear Mr. D'Agostino:

    This firm represents Defendant Anthony Augliera, Inc. in the above-referenced litigation. By way of brief background, this firm voluntarily accepted service of this matter on behalf of the client at the request of Plaintiff's counsel, David L. Mazaroli, Esq. My client's answer is due to be filed today.[1] For good cause, we respectfully submit this letter to request a short extension of time (on or before August 29) to file the answer for good cause.

---

[1] Defendant had previously been granted one (1) extension by the court to permit the time necessary for my admittance into the Southern District.

*Drew T. D'Agostino*
*Courtroom Depute Clerk*
*The Chambers of the Honorable F. Kevin Castel, U.S.D.J.*
*United States District Court*
*Southern District of New York*
*August 15, 2008*

*Page 2*

I am pleased to advise that I was officially sworn in as a member of good standing in your jurisdiction by the Clerk of the Court in White Plains last week. However, I was advised that it takes "about two (2) weeks" for the court to issue the code authorization to permit me access to the court's electronic filing system.

Based upon the Clerk's representation to me, I anticipate having access to the court's electronic filing system by next week and an extension granted until August 29, 2008 will permit me the time necessary to achieve the filing.

Although, I am not able to contact my adversary, David L. Mazaroli, prior to my making this request, based upon prior communications with Mr. Mazaroli, I do not anticipate any objection if my client's answer is filed before the case management conference on August 29, 2008.

I appreciate the court's courtesies, as well as, Mr. Mazaroli's courtesies in this regard. Should you require any further information and clarification, please contact me at (201) 247-8808.

Very truly yours,

DONNA M. RUSSO

DMR/gh
cc: David L. Mazaroli, Esq. (via facsimile)